CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 09 2007

JOHN F. CORCORAN, CLERK
BY: /s/
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| STEVE ALLEN SHELTON,<br>  Petitioner, | Civil Action No. 7:06CV00549 |
| v. | **ORDER** |
| GENE JOHNSON, DIRECTOR<br>VA DEPARTMENT OF<br>CORRECTIONS,<br>  Respondent. | By: Hon. James C. Turk<br>Senior United States District Judge |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ADJUDGED AND ORDERED** that:

(1)  defendant's motion to dismiss is **GRANTED**.

The Clerk of Court is directed to strike this matter from the active docket of the court and to send certified copies of this Order and the accompanying Memorandum Opinion to all counsel of record and to Petitioner.

ENTER: This 9th day of February, 2007.

/s/ James C. Turk
Hon. James C. Turk,
Senior United States District Judge

12